UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LEGGIADRO, LTD., BROOKS ROSS
and ANN ROSS,

                      Plaintiffs,

Civil Action No. 12CIV5066

        -against-

AFFIDAVIT OF SERVICE

WINSTON & STRAWN, LLP,

                      Defendant.

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 5th day of July 2012, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Statement, Complaint and Rules of Hon. Lewis A. Kaplan on **WINSTON & STRAWN LLP**, a defendant to this action, by delivering and leaving with Richard DiGiovanna, Esq., an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 121-1502 of the Partnership Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Richard DiGiovanna, Esq. is a white male, approximately 55 years of age, stands 5 feet 8 inches tall, weight approximately 220 pounds with brown hair.

                                                                             Jeffrey Teitel

Sworn to before me
This 5th day of July, 2012

Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  201207050246                    Cash #: 201207050191
Date of Service: 07/05/2012                 Fee Paid: $40 - DRAWDOWN
Service Company:  JR METRO ATTORNEY SERVICE INC.

Service was directed to be made pursuant to:  SECTION 121-1502 OF THE
    PARTNERSHIP LAW

Party Served:  WINSTON & STRAWN LLP


Plaintiff/Petitioner:
        LEGGIADRO, LTD.


Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK,  NY 10011

                                                Secretary of State
                                             By RICHARD DIGIOVANNA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**12 CIV 5066**

| | |
|---|---|
| LEGGIADRO, LTD., BROOKS ROSS and ANN ROSS, <br> *Plaintiff* <br> v. <br> WINSTON & STRAWN, LLP <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **JUDGE KAPLAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Winston & Strawn, LLP
200 Park Avenue
New York, New York 10166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue, 9th Floor
New York, New York 10022-0123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: JUN 2 3 2012

*Signature of Clerk or Deputy Clerk*